IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In Re:<br>Billy Joe Crawford, Jr.<br>Jean Lannett Crawford<br>*Debtors* | Case – 17-36174<br>Chapter 13 |
| DHI Fund, LP<br>*Movant*<br><br>Vs<br><br>Billy Crawford and Jean Crawford<br>*Respondents* | Hearing Date: June 21, 2018<br>Hearing Time: 2:00 PM |

## MOTION FOR RELIEF FROM AUTOMATIC STAY REGARDING POSSESSORY INTEREST IN 18203 MAPLE ARBOR COURT, CYPRESS, TEXAS

> This is a motion for relief from the automatic stay. If it is granted, the movant may act outside of the bankruptcy process. If you do not want the stay lifted, immediately contact the moving party to settle. If you cannot settle, you must file a response and send a copy to the moving party at least 7 days before the hearing. If you cannot settle, you must attend the hearing. Evidence may be offered at the hearing and the court may rule.
>
> Represented parties should act through their attorney.
>
> There will be a hearing on this matter on June 21, 2018 at 2:00 PM in Courtroom 400, 515 Rusk, Houston, TX 77002.

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

1. **Parties.** This Motion for Relief from Automatic Stay is filed on behalf of DHI Fund, LP ("Movant" herein) pursuant to 11 U.S.C. § 362(d)(2), for good cause, to wit: Debtors lack any ownership interest or equity in the real property the subject of this motion, which Movant purchased at foreclosure sale on January 3, 2017; prior to the Debtors filing the instant bankruptcy.

2. **Jurisdiction.** The court has jurisdiction of this motion pursuant to 11 U.S.C. §§ 103 and 362, and pursuant to 28 U.S.C. §§ 157(b) and 1334(b).

3. **Background.**

   a. Movant is the owner of the property made the subject of this motion, having purchased it at a Constable's Foreclosure Sale on January 3, 2017 pursuant

to an Order of the 61st District Court of Harris County, Texas under cause 2015-62925 styled *Lakeside Residential Community Association, Inc. vs Billy Crawford & Jean L. Crawford* rendered on May 27, 2016. The Deed under Execution and Order of Sale evidencing ownership is attached as Exhibit "A". The Order from the 61st District Court commanding the Constable to sale the property is attached hereto as Exhibit "B".

b. The property made the subject of this motion was previously owned by the Debtors and they continue to reside there as tenants–at–sufferance.

c. Movant purchased the property at January 3, 2017. The Deed under Execution and Order of Sale was filed for record under Instrument PR-2017-226932 in the real property records of Harris County, Texas.

d. Debtor filed the instant bankruptcy on November 6, 2017. Therefore, Debtors have no ownership interest in the Property at the time he filed bankruptcy.

4. **Subject Property.** The property made the subject of this motion is the parcel of real property together with all improvements thereupon situation at, at commonly known as 18203 MAPLE ARBOR COURT, CYPRESS, TEXAS ("Property" herein), described with greater particularity as:

> LOT TWENTY (20), BLOCK THREE (3), OF VILLAGES OF CYPRESS LAKES, SECTION TWO, A SUBDIVISION IN HARRIS COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT RECORDS THEREOF RECORDED UNDER FILM CODE NO(S). 523193 AND AMENDED BY 536104 OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS.

5. **Prayer.** Based upon the foregoing, Movant seeks termination of the Automatic Stay to allow Movant to obtain possession of the property that is the subject of this motion and granting Movant all further relief to which it may show itself justly entitled, whether at law or in equity.

Respectfully submitted,

**BARRY & SEWART, PLLC**

/S/ Nicholas M. Frame
Anna C. Sewart, SBN: 24029832
Keith A. Wolfshohl, SBN: 24047135
Nicholas M. Frame, SBN: 24093448
Austin R. Dubois, SBN: 24065170

4151 Southwest Freeway Suite 680
Houston, Texas 77027
Tel: (713) 722-0281
Fax: (713) 722-9786
***Attorneys for DHI Fund, LP***

## CERTIFICATE OF CONFERENCE

I certify that prior to filing the proceeding Motion for Relief, several attempts were made to confer with Debtors' attorney as shown below. Debtors' Attorney could not be reached to discuss this matter.

| Date | Time |
|---|---|
| May 18, 2018 | 3:08 P.M. |
| May 21, 2018 | 9:08 A.M. |
| May 23, 2018 | 8:47 A.M. |

/S/ Nicholas M. Frame
Nicholas M. Frame

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing motion for relief was served upon the parties listed below on this the 23rd day of May 2018.

Billy Joe Crawford, Jr.
18203 Maple Arbor Court
Cypress, TX 77429
*Debtor*

Jean Lannett Crawford
18203 Maple Arbor Court
Cypress, TX 77429
*Debtor*

Timothy Webb
WEBB ASSOCIATES
3401 Louisiana St
Ste 120
Houston, TX 77002
*Debtors' Attorney*

William E. Heitkamp
OFFICE OF CHAPTER 13 TRUSTEE
9821 Katy Freeway
Ste 590
Houston, TX 77024
*Bankruptcy Trustee*

OFFICE OF THE US TRUSTEE
515 Rusk Ave
Ste 3516
Houston, TX 77002
*U.S. Trustee*

SYNCHRONY BANK
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
*Party Requesting Service*

WELLS FARGO BANK, N.A
Default Document Processing
1000 Blue Gentian Road
Eagan, Minnesota 55121-7700
*Party Requesting Service*

Paul W. Cervenka
BONIAL & ASSOCIATES, P.C.
14841 Dallas Parkway, Suite 300
Dallas, Texas 75254
*Party Requesting Service*

/S/ Nicholas M. Frame
Nicholas M. Frame