

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
06/21/2018

| | | |
|---|---|---|
| IN RE: | § § | CASE NO: 17-36174 |
| BILLY JOE CRAWFORD JR., *et al* | § § | CHAPTER 13 |
| Debtor(s). | § | DAVID R. JONES |

## ORDER
**(Docket No. 42)**

The Motion for Relief from Automatic Stay Regarding Possessory Interest in 18203 Maple Arbor Court, Cypress, Texas is denied without prejudice to the filing and prosecution of a proper motion in accordance with the governing rules.

**SIGNED: June 21, 2018.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**