### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 17-36174 |
| | § | |
| | § | CHAPTER 13 |
| BILLY JOE CRAWFORD, JR. and | § | |
| JEAN LANNETT CRAWFORD, | § | HEARING ON |
| | § | MOTION TO LIFT STAY: |
| | § | DECEMBER 11, 2018 |
| DEBTORS | § | |
| | § | TIME: 9:00 A.M. |

### DEBTORS' RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY REGARDING POSSESSORY INTEREST IN 18203 MAPLE ARBOR COURT, CYPRESS, TEXAS

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Debtors, BILLY JOE CRAWFORD, JR., and JEAN LANNETT CRAWFORD, by and through the undersigned attorney, and file this Debtors' Response to Motion for Relief from Automatic Stay Regarding Possessory Interest in 18203 Maple Arbor Court, Cypress, Texas and would respectfully show the Court as follows:

1. Debtors ask the Court to deny Movant's Motion for Relief from Automatic Stay Regarding Possessory Interest in 18203 Maple Arbor Court, Cypress, Texas.

2. It is anticipated that all requests made by the Movant will be resolved prior to or at the time of the hearing in this matter.

WHEREFORE, because the factual allegations support a claim upon which the Court may grant relief to the Debtors, the Court should deny Movant's Motion for Relief from Automatic Stay Regarding Possessory Interest in 18203 Maple Arbor Court, Cypress, Texas and grant Debtors all other relief as just.

Respectfully submitted,

WEBB & ASSOCIATES
3401 Louisiana Street, Suite 120
Houston, Texas  77002
(713) 752-0011 Telephone
(713) 752-0013 Facsimile



BY: /s/ Timothy Webb
    TIMOTHY WEBB
    State Bar No. 00797639
    **Attorney for Debtors**

2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above was served on the below individuals via ECF, unless not available, otherwise by regular first-class mail in accordance with the Federal Rules of Civil Procedure on December 4, 2018.

/s/ Timothy Webb
TIMOTHY WEBB