

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In Re:
Billy Joe Crawford, Jr.                          Case – 17-36174
Jean Lannett Crawford                               Chapter 13
     *Debtors*

DHI Fund, LP
     *Movant*
                                          Hearing Date: December 11, 2018
Vs                                          Hearing Time: 9:00 AM

Billy Crawford and Jean Crawford
     *Respondents*

## ORDER ON DHI FUND, LP'S
## MOTION FOR RELIEF FROM AUTOMATIC STAY (Docket #59)

ON December 11, 2018, the Court considered the Motion for Relief from Automatic Stay

(the "Motion") filed by DHI Fund, LP, an interested party to this case. The Court finds that the

Motion was properly served pursuant to the Federal Rules of Bankruptcy Procedure and the

Local Rules and that it contained the appropriate notice language required by Local Rule of

Bankruptcy Procedure 4001. Having also considered and disposed of all responses and/or

objections thereto, the Court finds that the relief requested in the Motion is meritorious and the

Movant has shown good cause to modify the relief requested in the Motion. It is therefore

ORDERED, ADJUDGED and DECREED that the Motion for Relief from Automatic

Stay filed by Movant is GRANTED in all things and the automatic stay of 11 U.S.C. § 362(a) is

terminated as to the Movant; it is further

ORDERED, ADJUDGED and DECREED that Movant, and its successors and assigned,

is authorized to pursue all legal remedy available—specifically including, but not limited to,

prosecution of its forcible entry and detainer judgment for possession of the property located at

18203 Maple Arbor Court, Cypress, TX 77429

ORDERED, ADJUDGED and DECREED that in the event Movant obtains a writ of

possession on the property located at 18203 Maple Arbor Court, Cypress, TX 77429, Movant

will give Debtors 7 days written notice prior to the execution of the writ of possession.

**Signed:  February 12, 2019.**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

Approved as to form and content:

**BARRY & SEWART, PLLC**

/S/ Nicholas M. Frame
Anna C. Sewart, SBN: 24029832
Keith A. Wolfshohl, SBN: 24047135
Nicholas M. Frame, SBN: 24093448
Austin R. Dubois, SBN: 24065170
4151 Southwest Freeway Suite 680
Houston, Texas 77027
Tel: (713) 722-0281
Fax: (713) 722-9786
***Attorneys for DHI Fund, LP***

APPROVED AS TO FORM ONLY:

**WEBB ASSOCIATES**

Timothy Webb SBN: 00797639
3401 Louisiana Street, Suite 120
Houston, Texas 77002
Tel: (713) 752 0011
Fax: (713) 752 0013
timwebblaw@aol.com

_____

Jesse Blanco, Jr.
Attorney at Law
7406 Garden Grove
San Antonio, Texas 78250
Tel: (713) 320-3732
Fax: (210) 509-6903
lawyerjblanco@gmail.com
***Attorneys for Debtors***