IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 17-36174 |
| | § | |
| BILLY JOE CRAWFORD, JR. and | § | CHAPTER 13 |
| JEAN LANNETT CRAWFORD, | § | |
| | § | |
| DEBTORS | § | |

## DEBTORS' MOTION TO DISMISS CHAPTER 13 CASE

TO THE HONORABLE BANKRUPTCY JUDGE:

Come now Debtors, BILLY JOE CRAWFORD, JR. and JEAN LANNET CRAWFORD, by and through attorney of record, TIMOTHY WEBB, and file this Debtors' Motion to Dismiss Chapter 13 Case, and respectfully states as follows:

1. Debtors filed a Chapter 13 Voluntary Petition on November 6, 2017.

2. This case was confirmed January 8, 2018.

3. Debtors no longer wish to prosecute their Chapter 13 case and request a dismissal pursuant to 11 U.S.C. §1307(b).

WHEREFORE, Debtors pray that an Order Dismissing Case be entered and for general relief.

Respectfully submitted,

WEBB & ASSOCIATES
3401 Louisiana Street, Suite 120
Houston, Texas  77002
713-752-0011 Telephone
713-752-0013 Facsimile


BY:  /s/ Timothy Webb
     TIMOTHY WEBB
     SBN 00797639
     Attorney for Debtor


## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above was served on the below individuals via ECF, unless not available, otherwise by regular first-class mail in accordance with the Federal Rules of Civil Procedure on July 16, 2019.

/s/ Timothy Webb
TIMOTHY WEBB

2